IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANELLE GULLEY, :
o/b/o D.A., :
 :
    Plaintiff, :
 :
v. : CIVIL ACTION 09-0439-M
 :
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
 :
    Defendant. :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Danelle Gulley on behalf of D.A.

DONE this 1st day of March, 2010.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE